# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KONSTANTIN ALEKSANDROVICH MOROZOV, | ) ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) ) |
| JOSEPH D. MCDONALD, JR., | ) ) ) |
| Respondent. | ) ) |

Civil Action No. 14-14707-IT

## ORDER GRANTING MOTION (#7) TO DISMISS

**TALWANI, D.J.**

On December 22, 2014, petitioner Konstantin Aleksandrovich Morozov, an immigration detainee being held at the Plymouth County House of Correction, filed, through counsel, a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention.

By Order dated February 13, 2015, Konstantin's petition was served on respondent. On February 26, 2015, with petitioner's assent, the government moved to dismiss the petition as moot. *See* Docket No. 7. Petitioner was released from ICE custody on February 25, 2015. *Id.*

In light petitioner's release, this case is now moot and should be dismissed

ACCORDINGLY, the Motion to Dismiss (Docket No. 7) is granted and the habeas petition is dismissed as moot.

**So ordered.**

         /s/ Indira Talwani
United States District Judge

Dated: March 16, 2015